IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD R. NEWSOME, | § | |
| TDCJ-CID NO. 437698, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-05-3390 |
| | § | |
| DOUG DRETKE, | § | |
|     Respondent. | § | |

OPINION ON DISMISSAL

Edward Newsome, proceeding *pro se*, filed this action labeled an "Application for a Writ of Habeas Corpus Seeking Relief from under Code of Criminal Procedure, Article 11.07 and Writ of Mandamus Article 2.21." Newsome complains that he has been denied due process on a 1998 breach of contract claim against Attorney John Joseph Sutter with respect to a suit filed against the Westwood Fountainview Apartment Complex in 1996. He seeks a writ of mandamus ordering the state court to grant him a new trial or an out-of-time appeal in the suit against Sutter. (Docket Entry No.1).

A writ of mandamus in federal district court authorizes the court to compel an officer of the United States to perform his duty. 28 U.S.C. § 1361. This court does not have jurisdiction to issue a writ of mandamus against a state officer or a state court. Even against a federal officer, this remedy should only be used in exceptional circumstances. *Assoc. of American Medical Colleges v. Califano*, 569 F.2d 101, 110 n. 80 (D.C. Cir. 1977).

Newsome's motion fails to state a ground upon which this Court may issue a writ of mandamus. Accordingly, the Court DISMISSES this action and DENIES any and all pending motions for relief.

SIGNED at Houston, Texas, on this 18th day of October, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE