IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD R. NEWSOME, | § | |
| TDCJ-CID NO. 437698, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-05-3390 |
| | § | |
| DOUG DRETKE, | § | |
|     Respondent. | § | |

ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

The Clerk will enter this Order and provide all parties with a copy.

SIGNED at Houston, Texas, on this 18th day of October, 2005.

 

MELINDA HARMON
UNITED STATES DISTRICT JUDGE